United States District Court
Northern District of Indiana
Hammond Division

FILED
2014 APR -4 AM 10: 13

David A Scott Jr
)
Plaintiff(s)
)
)
vs.
)   Case No: 2:14CV106
UAW Solidarity House,
)
Bob King, Jaime Luna,
)
Defendant(s)
)
)

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant UAW Solidarity House for discrimination as set forth below.

Plaintiff ✓ DOES ___ DOES NOT (*indicate which*) demand a jury trial.

### I. PARTIES

Plaintiff's Name: David A Scott Jr

Plaintiff's Address: 3419 Indiana Harbor Dr. Apt 207 East Chicago In 46312

Plaintiff's Telephone: (H) (219) 397-1109   (C) (219) 276-7377

Defendant's Name: UAW Solidarity House, Bob King, Jaime Luna

Defendant's Address: 8000 East Jefferson Ave Detroit MI 48214

1401 165th Street Hammond In 46320

## II. BASIS OF CLAIM AND JURISDICTION

1. This complaint is brought pursuant to: (Check one)

    \_\_\_\_ Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. §2000e-5), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ The Age Discrimination in Employment Act (29 U.S.C. §621), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    ✓ The Americans with Disabilities Act (42 U.S.C. §12101), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ The Rehabilitation Act (29 U.S.C. §701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    \_\_\_\_ Equal rights under law (42 U.S.C. §1981), and jurisdiction is based on 28 U.S.C. §§1331 and 1343(a);

    ✓ Other (list): Wrongful termination, Sex discrimination, Retaliation and Harassment

2. Plaintiff ✓ DID \_\_\_\_ DID NOT (indicate which) file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [If the plaintiff did file a charge of discrimination, Plaintiff should attach a copy of the charge to the complaint].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was RECEIVED on or about 3-22-2014 (insert date the plaintiff received the notice – in most instances this will not be the same date stamped on the notice). [Plaintiff should attach a copy of the Notice of Right to Sue to this Complaint].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because (if more space is needed, attach additional pages): The defendants violated my rights after repeated complaints asking for help and protection under the company policies and work contract agreement but the union failed to file grievances and looked the other way when the company committed the bad acts.

## IV. FACTS IN SUPPORT OF COMPLAINT

The facts on which this complaint is based are the following (if you need additional space, please attach additional pages):

1) Sex discrimination because the union stuart would only represent the females. 2) American disability act because the union stuart took part in allowing the company to violate plaintiffs disiability and work restrictions to cause more harm and denial of medical treatment. 3) Harrassment & Retaliation which

## IV. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Punitive damages for intentional discrimination Emotional distress, Compensatory damages, Lost wages and prejudgment interest, Liquidated double damages (Title VII and ADA cases involving intentional discrimination) The defendants acted reckless and disregards of the contract and the

## VI. AFFIRMATION OF PLAINTIFF

I, David A Scott Jr, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

Further, I do understand that this complaint and this affidavit will become and official part of the United States District Court files and that ANY FALSE STATEMENTS knowingly made by me are illegal and may subject me to criminal penalties.

David A Scott Jr.
(Signature of Plaintiff)

4-4-2014
(Date)

IV.

3) continued under the watch of union stuarts and repeated of complaints filed with the union president and complaints to UAW top person over all UAW unions Bob King and still nothing done or filed matters only worsen.

4) Wrongful termination because once again the union president let the company violate my rights under the work contract and also didn't represent me for the grievance the defendant filed on my behalf but instead they let the company not respond to the grievance for over 320 days and skip over steps 1,2,3, and straight to mediation without ever contacting me. The defendants also denied my grievance and told me mediation was my last step and all I could do is except the companies settlement offer of $4,000 and drop all pending charges against the company and union and move on or get nothing (take it or leave it)

IV. federally protected rights of a individual and reckless disregard of plaintiffs right for due process and contract violations.

David Scott

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | David Scott Jr.<br>3419 Indiana Harbor Dr, Apt. 207<br>East Chicago, IN 46312 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2013-02994 | Michelle D. Ware,<br>Enforcement Supervisor | (317) 226-5161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Webster N. Smith,
Director

Date Mailed: MAR 19 2014

Enclosures(s)

cc:   **Theresa Bullock**
      **International Representative**
      **UAW SOLIDARITY HOUSE**
      **8000 E. Jefferson Ave.**
      **Detroit, MI 48214**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 470-2013-02994 |

Indiana Civil Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. David Scott Jr. | (219) 397-1109 | 11-28-1966 |

Street Address: 3419 Indiana Harbor Dr, Apt. 207, East Chicago, IN 46312

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UAW SOLIDARITY HOUSE | 500 or More | (219) 712-9262 |

Street Address: 1401 165th St., Hammond, IN 46320

EEOC Indiana...
SEP 04 2013
RECEIVED

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-23-2013 Latest: 04-23-2013
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I had been employed by Lear Corporation since October 15, 2010, and I held the position of Production Assembler. During my employment, I have been subjected to harassment and discrimination and I reported this to the company and the union (Jaime Luna, Union President) and nothing was done to end the discrimination. Also, I have asked to be put on light duty job(s) and management keeps putting me on jobs that are not light duty and I keep getting hurt. I have filed grievances with the union and nothing was ever done. I believe that the company (Lear) and the union are involved in these fraudulent acts. On or about April 29, 2013, I called the Union President, Jaime Luna, about a letter I received from Lear terminating my employment while out on a medical leave after getting hurt at work and I was ignored.

I believe I have been discriminated against in violation of the Americans with Disabilities Act of 1990, as amended. I further believe that I have been discriminated against because of my sex, male, and retaliated against because I made protected complaints all in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08-30-13 /s/ David A Scott Jr.
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)