| INTERNET FORM NLRB-508 (2-08) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD CHARGE AGAINST LABOR ORGANIZATION OR ITS AGENTS | FORM EXEMPT UNDER 44 U S C 3512 DO NOT WRITE IN THIS SPACE |
|---|---|---|
| | | Case | Date Filed |

INSTRUCTIONS File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring

### 1  LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT

| a Name | b. Union Representative to contact |
|---|---|
| UAW Local 2335 | Jamie Luna - President |

| c Address (Street, city, state, and ZIP code) | d Tel No | e. Cell No |
|---|---|---|
| 1401 165th Street, Hammond, IN 46320 | 219-852-0014x170 | 219-712 9262 |
| | f Fax No | g e-Mail |

h The above-named organization(s) or its agents has (have) engaged in and is (are) engaging in unfair labor practices within the meaning of section 8(b), subsection(s) (list subsections) **(1)(A)** of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act

2  Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

During the previous 6 months the above-named labor organization breached its duty of fair representation by failing to process grievances filed by its member, David Scott, for discriminatory, arbitrary or capricious reasons. In addition the above-named labor organization gave out confidential information about its member, David Scott, to other members thereby subjecting him to threats and coercion by other members

| 3 Name of Employer | 4a Tel No | b Cell No |
|---|---|---|
| Lear Corporation | 219-853-8145 | |
| | c Fax No | d e-Mail |
| | 219-937-5777 | |

| 5 Location of plant involved (street, city, state and ZIP code) | 6 Employer representative to contact |
|---|---|
| 1401 165th Street, Hammond, IN 46320 | Barbara Sacha, HR Manager |

| 7 Type of establishment (factory, mine, wholesaler, etc) | 8 Identify principal product or service | 9 Number of workers employed |
|---|---|---|
| factory | automobile seats | 500 |

| 10 Full name of party filing charge | 11a Tel No | b Cell No |
|---|---|---|
| David A Scott | | |
| | c Fax No | d e-Mail |
| 11 Address of party filing charge (street, city, state and ZIP code) | | ████i@gmail.com |

### 12. DECLARATION

I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief

By _____   An Individual
(signature of representative or person making charge)  (Print/type name and title or office, if any)

| Tel No | |
|---|---|
| Cell No | |
| Fax No | |
| e-Mail | ████@gmail.com |

Address  see above    (date) 1-26-12

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U S C § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed Reg 74942-43 (Dec 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary, however, failure to supply the information will cause the NLRB to decline to invoke its processes

EXHIBIT 4 TO LUNA DECLARATION



UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
REGION 13
209 S LA SALLE ST STE 900
CHICAGO, IL 60604-1443

Agency Website: www.nlrb.gov
Telephone: (312)353-7570
Fax: (312)886-1341

March 13, 2012

DAVID A SCOTT
3419 INDIANA HARBOR DR
APT 207
EAST CHICAGO, IN 46312-1713

Re: UAW Local 2335 (LEAR CORPORATION)
Case 13-CB-073412

Dear Mr. Scott:

We have carefully investigated and considered your charge that UNITED AUTO WORKERS (UAW) LOCAL 2335 has violated the National Labor Relations Act.

**Decision to Dismiss:** You have alleged that the Union has violated the Act by refusing to process your grievances. However, the evidence is insufficient to prove that the Union refused to process your grievances for unlawful reasons.

**Your Right to Appeal:** You may appeal my decision to the General Counsel of the National Labor Relations Board, through the Office of Appeals. If you appeal, you may use the enclosed Appeal Form, which is also available at www.nlrb.gov. However, you are encouraged to also submit a complete statement of the facts and reasons why you believe my decision to dismiss your charge was incorrect.

**Means of Filing:** An appeal may be filed electronically, by mail, or by delivery service. Filing an appeal electronically is preferred but not required. The appeal MAY NOT be filed by fax. To file an appeal electronically, go to the Agency's website at www.nlrb.gov, click on File Case Documents, enter the NLRB Case Number, and follow the detailed instructions. To file an appeal by mail or delivery service, address the appeal to the General Counsel at the National Labor Relations Board, Attn: Office of Appeals, 1099 14th Street, N.W., Washington D.C. 20570-0001. Unless filed electronically, a copy of the appeal should also be sent to me.

**Appeal Due Date:** The appeal is due on March 27, 2012. If you file the appeal electronically, we will consider it timely filed if you send the appeal together with any other documents you want us to consider through the Agency's website so the transmission is completed by no later than 11:59 p.m. Eastern Time on the due date. If you mail the appeal or send it by a delivery service, it must be received by the Office of Appeals in Washington, D.C. by the close of business at 5:00 p.m. Eastern Time or be postmarked or given to the delivery service no later than March 26, 2012.

UAW 000195

EXHIBIT 4 TO LUNA DECLARATION

UAW Local 2335 (LEAR CORPORATION)  
Case 13-CB-073412

- 2 -

March 13, 2012

    **Extension of Time to File Appeal:** Upon good cause shown, the General Counsel may grant you an extension of time to file the appeal. A request for an extension of time may be filed electronically, by fax, by mail, or by delivery service. To file electronically, go to www.nlrb.gov, click on **File Case Documents**, enter the NLRB Case Number and follow the detailed instructions. The fax number is (202)273-4283. A request for an extension of time to file an appeal must be received on or before March 27, 2012. A request for an extension of time that is mailed or given to the delivery service and is postmarked or delivered to the service before the appeal due date but received after the appeal due date will be rejected as untimely. Unless filed electronically, a copy of any request for extension of time should be sent to me.

    **Confidentiality:** We will not honor any claim of confidentiality or privilege or any limitations on our use of appeal statements or supporting evidence beyond those prescribed by the Federal Records Act and the Freedom of Information Act (FOIA). Thus, we may disclose an appeal statement to a party upon request during the processing of the appeal. If the appeal is successful, any statement or material submitted with the appeal may be introduced as evidence at a hearing before an administrative law judge. Because the Federal Records Act requires us to keep copies of case handling documents for some years after a case closes, we may be required by the FOIA to disclose those documents absent an applicable exemption such as those that protect confidential sources, commercial/financial information, or personal privacy interests.

Very truly yours,  
*/s/ Peter Sung Ohr*  
Peter Sung Ohr  
Regional Director

Enclosure

cc   GENERAL COUNSEL  
      OFFICE OF APPEALS  
      FRANKLIN COURT BUILDING  
      NATIONAL LABOR RELATIONS BOARD  
      1099 14TH STREET, NW  
      WASHINGTON, DC 20570

MICHAEL NICHOLSON  
GENERAL COUNSEL  
INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW)  
8000 E JEFFERSON AVE  
DETROIT, MI 48214-3963

UAW 000196

EXHIBIT 4 TO LUNA DECLARATION

UAW Local 2335 (LEAR CORPORATION)  
Case 13-CB-073412

- 3 -

March 13, 2012

JAIME LUNA  
UNITED AUTO WORKERS (UAW)  
LOCAL 2335  
1401 165TH ST  
HAMMOND, IN 46320-2816

BARBARA SACHA  
HUMAN RESOURCES MANAGER  
LEAR CORPORATION  
1401 165TH ST  
HAMMOND, IN 46320-2816

UAW 000197

EXHIBIT 4 TO LUNA DECLARATION



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL
Washington, D.C. 20570

May 25, 2012

DAVID A SCOTT
3419 INDIANA HARBOR DR APT 207
EAST CHICAGO, IN 46312-1713

           Re:   UAW Local 2335 (Lear Corporation)
                 Case 13-CB-073412

Dear Mr. Scott:

    Your appeal from the Regional Director's refusal to issue complaint has been carefully considered. Although you contend the Union failed to represent you regarding several complaints and grievances, the investigation revealed the Union looked into and resolved several of your complaints, including a paycheck shortage and a dispute over a vacation day. Moreover, to the extent that the Union determined not to formally pursue some of your complaints, the evidence is insufficient to establish that the Union's decision in this regard was based on any arbitrary, discriminatory or bad faith motives. The probative evidence in the underlying investigation and on appeal also did not establish that the Union relayed confidential information to other parties. Finally, to the extent your appeal raises issues of occupational safety, sexual harassment and discrimination, those matters are not encompassed by the National Labor Relation Act. You may elect to contact your Department of Labor and Equal Employment Opportunity Commission local offices for these matters. Accordingly, further proceedings are unwarranted.

                                          Sincerely,

                                          Lafe E. Solomon
                                          Acting General Counsel

                         By:   *Yvonne T. Dixon* (signature)

                                          Yvonne T. Dixon, Director
                                          Office of Appeals

UAW 000192

EXHIBIT 4 TO LUNA DECLARATION

UAW Local 2335 (Lear Corporation)
Case 13-CB-073412 -2

cc: PETER OHR, REGIONAL DIRECTOR
NATIONAL LABOR
 RELATIONS BOARD
209 S LA SALLE ST STE 900
CHICAGO, IL 60604-1443

STEVEN A. YOKICH, ESQ.
CORNFELD AND FELDMAN
25 E WASHINGTON ST STE 1400
CHICAGO, IL 60602

BARBARA SACHA
HUMAN RESOURCES MANAGER
LEAR CORPORATION
1401 165TH ST
HAMMOND, IN 46320-2816

MICHAEL NICHOLSON
GENERAL COUNSEL
INTERNATIONAL UNION, UNITED
 AUTOMOBILE, AEROSPACE &
 AGRICULTURAL IMPLEMENT
 WORKERS OF AMERICA (UAW)
8000 E JEFFERSON AVE
DETROIT, MI 48214-3963

JAIME LUNA
UNITED AUTO WORKERS
 (UAW) LOCAL 2335
1401 165TH ST
HAMMOND, IN 46320-2816

ip

UAW 000193

EXHIBIT 4 TO LUNA DECLARATION