AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DAVID A. SCOTT, JR.

    Plaintiff(s)
        v.                                  **Civil Action No. 2:14-cv-106**

UAW SOLIDARITY HOUSE
BOB KING *TERMINATED: 09/22/2015*
JAMIE LUNA: *TERMINATED: 09/22/2015*

    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:   Judgment is entered in favor of Defendant UAW Solidarity House and against Plaintiff David A. Scott, Jr.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Jon E. DeGuilio   on a Motion for Summary Judgment

DATE:   10/31/2017                ROBERT TRGOVICH, CLERK OF COURT
                                                by   /s/Jason Schrader
                                                       *Signature of Clerk or Deputy Clerk*